IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　 )<br>　　v. 　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>GREGORY P. HAUGHTON, D.C., 　　 )<br>　　　　Defendant(s), )<br>and 　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>CARMEL CHIROPRACTIC CENTER, )<br>　　　　Garnishee. 　　　　　　　　　　　 ) | CASE NO. DNCW309MC000211<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against the defendant, Gregory Haughton, D.C., is **DISMISSED**.

Signed: January 27, 2011

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge