IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      Plaintiff, )<br>                              )<br>vs.                                    )<br>                              )<br>GREGORY P. HAUGHTON, D.C.    )<br>                      Defendant, )<br>                              )<br>and                                )<br>                              )<br>AETNA,                          )<br>                      Garnishee. ) | CASE NO. DNCW 3:09-MC-211<br>(Financial Litigation Unit)<br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 48) filed March 23, 2016 by the United States. For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 48) is **GRANTED** and the Order of Continuing Garnishment filed in this case against Defendant Gregory P. Haughton, D.C. is **DISMISSED**.

**SO ORDERED**.

Signed: March 25, 2016

_____
David C. Keesler
United States Magistrate Judge