IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:09-MC-211 |
| | ) | (Financial Litigation Unit) |
| GREGORY P. HAUGHTON, D.C. | ) | |
| Defendant, | ) | |
| | ) | **ORDER** |
| and | ) | |
| | ) | |
| UNITEDHEALTHCARE, | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 54) filed March 23, 2016 by the United States. For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 54) is **GRANTED** and the Order of Continuing Garnishment filed in this case against Defendant Gregory P. Haughton, D.C. is **DISMISSED**.

**SO ORDERED**.

Signed: March 25, 2016

David C. Keesler
United States Magistrate Judge